■ DEBORAH FERRENTINO, Appellant, v THERESA A. KEEL, Defendant, and SUZANNE K. VARLEY, Respondent. [925 NYS2d 364]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 31, 2009 in a personal injury action. The order, inter alia, granted the motion of defendant Suzanne K. Varley for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.